IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVE JESTER                                                                                                    PLAINTIFF

V.                                            CASE NO. 14-CV-1002

DAVID NORWOOD, *et al.*                                                                               DEFENDANTS

# ORDER

      Before the Court is the Report and Recommendation filed April 23, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 24.  Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules and failed to prosecute this matter.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1)(C).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

      **IT IS SO ORDERED**, this 20th day of May, 2015.

                                                         /s/ Susan O. Hickey
                                                         Susan O. Hickey
                                                         United States District Judge